```
 1  Frank Woodson
    Navan Ward
 2  BEASLEY, ALLEN, CROW, METHVIN,
    PORTIS & MILES, P.C.
 3  218 Commerce Street
    P.O. Box 4160
 4  Montgomery, Alabama 36103
    Telephone: 334-269-2343
 5  Facsimile: 334-954-7555
    Attorneys for Plaintiffs
 6
 7
 8                UNITED STATES DISTRICT COURT
 9                NORTHERN DISTRICT OF CALIFORNIA
10                     SAN FRANCISCO DIVISION
11
```

| | |
|---|---|
| 12  IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND <br> 13  PRODUCT LIABILITY LITIGATION | **MDL NO. 1699** <br> **District Judge: Charles R. Breyer** |
| 14  This Document Relates To: | |
| 15  *Judy Shearer, et al. vs. Pharmacia Inc, et al.* (05-4581 CRB) <br> 16 | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| 17  *Barbara J. Williams vs. Pfizer Inc, et al.* (06-1670 CRB) | |
| 18  *Michele Walker, et al. vs. Pfizer Inc, et al.* (06-1878 CRB) <br> 19 | |
| 20  *Stephanie Shearer vs. Monsanto Company, et al.* (06-1902 CRB) <br> 21 | |
| 22  *Joe Vega, et al. vs. Pfizer Inc, et al.* (06-2440 CRB) | |
| 23  *Brad Henry Taylor vs. Pfizer Inc, et al.* (06-2577 CRB) <br> 24 | |
| 25  *James Preston Taylor vs. Pfizer Inc, et al.* (06-2863 CRB) | |
| 26  *John H. Roberts, Jr. vs. Pfizer Inc, et al.* (06-3062 CRB) <br> 27 | |
| 28  *Patsy Lynn Stegall vs. Pfizer Inc, et al.* (06-3084 CRB) | |

-1-

1
2   *Andrea Sanborn, et al. vs. Pfizer Inc, et al.*
    (06-3100 CRB)

3   *Barbara Smith, et al. vs. Pfizer Inc, et al.*
    (06-3102 CRB)
4
    *Arnold Swick vs. Pfizer Inc*
5   (06-3304 CRB)

6   *Corrine Morrisette vs. Pfizer Inc, et al.*
    (06-3363 CRB)
7
    *Sylvia Wingard vs. Pfizer Inc, et al.*
8   (06-3653 CRB)

9   *Susan Smith vs. Pfizer Inc, et al.*
    (06-3951 CRB)
10
    *Clarence Edward Smith vs. Pfizer Inc, et al.*
11  (06-3957 CRB)

12  *Mary Vernick vs. Pfizer Inc, et al.*
    (06-4102 CRB)
13
    *Patricia Ann Kennedy Watson vs. Pfizer Inc, et*
14  *al.*
    (06-4285 CRB)
15
    *Marvin Rogers vs. G.D. Searle LLC, et al.*
16  (06-4514 CRB)

17  *Shirley Lindeen vs. G.D. Searle LLC, et al.*
    (06-4515 CRB)
18
    *Colleen Nagle Mehegan, et al. vs. Pfizer Inc, et*
19  *al.*
    (06-4547 CRB)
20
    *Charles Snodgrass vs. Pfizer Inc, et al.*
21  (06-4661 CRB)

22  *John Vandale vs. Pfizer Inc, et al.*
    (06-5257 CRB)
23
    *William Coulson, et al. vs. Pfizer Inc, et al.*
24  (06-5261 CRB)

25  *Dick Shepherd vs. Pfizer Inc, et al.*
    (06-5417 CRB)
26
    *Robin Morrison, et al. vs. Pfizer Inc, et al.*
27  (06-6900 CRB)

28  *Rosa Cebreros, et al. vs. Pfizer Inc, et al.*

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42592415.1

1 | (06-7003 CRB)

2 | *Marsha Fiorini, et al. vs. Pfizer Inc, et al.*
3 | (06-7113 CRB)

| *Florence Salle vs. Pfizer Inc, et al.*
4 | (06-7207 CRB)

5 | *Jimmie A. Scott vs. Pfizer Inc, et al.*
| (06-7259 CRB)
6 |
| *William Edward Simpson vs. Pfizer Inc, et al.*
7 | (07-0972 CRB)

8 | *Terry Vintson vs. Pfizer Inc, et al.*
| (07-0977 CRB)
9 |
| *Deanna L. Walston vs. Pfizer Inc, et al.*
10 | (07-1318 CRB)

11 | *Louis Romanelli vs. Pfizer Inc, et al.*
| (07-2631 CRB)
12 |
| *Johnnie L. West vs. Pfizer Inc, et al.*
13 | (07-5687 CRB)

14 | *Lyle McNeal (MO), et al. vs. Pfizer Inc, et al.*
| (07-5915 CRB)
15 |
| *Gene Summers vs. Pfizer Inc, et al.*
16 | (08-0259 CRB)

17 | *Maria Avendano vs. Pfizer Inc, et al.*
| (08-1099 CRB)
18 |
| *Mary Woodall vs. Pfizer Inc, et al.*
19 | (08-1183 CRB)

20 | *Mildred Sturdavant vs. Pfizer Inc, et al.*
| (08-1976 CRB)
21 |
| *Netra Thomas vs. Pfizer Inc, et al.*
22 | (08-2110 CRB)

23 | *John Denton vs. Pfizer Inc, et al.*
| (08-2459 CRB)
24 |
| *Joanne Schwandt vs. Pfizer Inc, et al.*
25 | (08-2604 CRB)

26 | *Donald Schwanke vs. Pfizer Inc, et al.*
| (08-3709 CRB)
27 |
| *Cheryl Samuel vs. Pfizer Inc, et al.*
28 | (09-0888 CRB)

-3-

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 10.29, 2009    By: /s/ Navan Ward

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

DATED: Oct. 29, 2009    By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009

Hon. Charles R. Breyer
United States District Court

-4-